DENNIS A. CAMMARANO/BAR NO. 123662
CAMMARANO LAW GROUP
555 East Ocean Boulevard, Suite 501
Long Beach, California  90802
Telephone:  (562) 495-9501
Facsimile: (562) 495-3674

Attorneys for Plaintiff
HANWHA GENERAL INSURANCE CO. LTD.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANWHA GENERAL INSURANCE CO. LTD. | Case No.: |
| Plaintiff, | **COMPLAINT FOR DAMAGE TO CARGO; NEGLIGENCE / WILLFUL MISCONDUCT; BREACH OF CONTRACT; BREACH OF WARRANTY** |
| vs. | |
| OTA AMERICA, INC.; and DOES 1 through 10, inclusive, | |
| Defendants. | |

COMES NOW, HANWHA GENERAL INSURANCE CO. LTD., for causes of action against OTA AMERICA, INC.; and DOES 1 through 10, inclusive ("Defendants"), alleges as follows:

## JURISDICTION AND VENUE

1.     This action involves admiralty or maritime claims within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure and is within this court's admiralty and maritime jurisdiction.  As well, this court has jurisdiction under a Federal Question under 28 U.S.C. § 1331, in that the dispute arises under federal law, namely, the Carriage of Goods by Sea Act ("COGSA"), 46 U.S.C. § 30701 et. seq.

2.     Venue is proper in this district in that the cargo described below was discharged in this judicial district and because the Defendant is incorporated in

1  California with its principal place of business in Los Angeles county.

2      3.    Plaintiff, HANWHA GENERAL INSURANCE CO. LTD.

3  (hereinafter "Hanwha" or "Plaintiff") is an insurance corporation formed under the

4  laws of the country of Korea with an office and place of business at 56 Yeoui-

5  daero Yeongdeunpo-gu, Seoul, South Korea. Plaintiff brings this action on its own

6  behalf and of all those having any interest in the cargo described below in that

7  Plaintiff insured the cargo against risk of loss or damage as alleged below.

8      4.    At all times material herein, Defendant, OTA AMERICA,

9  INC.(hereinafter "OTA" or with Does "Defendants"),  was a California corporation

10  doing business in this judicial district as a non vessel operating common carrier

11  with a principal place of business at 16001 Manning way, Cerritos, CA 90703.

12      5.    Plaintiff has no knowledge of the true names and capacities of

13  Defendants sued herein as Does 1 through 10 inclusive, except that Plaintiff is

14  informed and believe, and on that basis allege, the damage to the cargo was

15  proximately caused by Defendants' wrongful acts.  Plaintiff therefore sue these

16  Defendants by such fictitious names and Plaintiff will amend this complaint to

17  allege their true names and capacities when ascertained.

18      6.    Plaintiff is informed and believes, and on that basis alleges, that each

19  of the Doe Defendants were at all times herein mentioned the agent, servant,

20  employee or contractor of the other Defendants.

21  **FIRST CAUSE OF ACTION**

22  (Damage to Cargo)

23      7.    Plaintiff incorporates by reference Paragraphs 1 through 6, inclusive,

24  of this Complaint as fully set forth herein.

25      8.    On or about July 21, 2019, Defendants accepted a shipment consisting

26  of automotive parts ("Cargo") under OTA bill of lading SJTTOTA19196 to be

27  carried from Busan, South Korea to Winstar Industry's door in Troy, Michigan in

28  the same good order and condition as when received.

9.      Defendants, and each of them, failed and neglected to carry, handle and monitor the Cargo and maintain its good order and condition as when received. To the contrary, the Cargo was delivered with physical damages.

10.     By reason of the foregoing, Plaintiff has been damaged in the sum of $127,769.40, plus miscellaneous expenses, interest and costs, no part of which has been paid by defendants.

## SECOND CAUSE OF ACTION

(Negligence/Wilful Misconduct)

11.     Plaintiff incorporates by references Paragraphs 1 through 10, inclusive, of this Complaint as though fully set forth herein.

12.     The loss to the Cargo was directly and proximately caused by the negligence, carelessness, willful misconduct, breach of statutory and/or common law duty of Defendants, and each of them.

13.     As a direct and proximate result of such conduct, Plaintiff has been damaged in the sum of $127,769.40, plus miscellaneous expenses, interest and costs, no part of which has been paid by Defendants despite demand therefor.

## THIRD CAUSE OF ACTION

(Breach of Contract)

14.     Plaintiff incorporates by reference Paragraphs 1 through 13, inclusive, of this Complaint as though fully set forth herein.

15.     On or about July 21, 2019, Defendants, and each of them, agreed to safely handle, store, count, transport and deliver the Cargo in the same good order and condition as when received.

16.     Defendants, and each of them, materially and substantially breached and deviated from their agreement by failing to deliver the Cargo in the same good order and condition as when received. To the contrary, the Cargo was delivered in a physically damaged condition.

17.     All, of any, conditions and/or covenants required to be performed in

1    accordance with the terms and conditions of the agreement, were complied with or

2    otherwise excused.

3        18.    As a direct and proximate result of the material breach of, and

4    deviation from, the agreement by Defendants, Plaintiff has been damaged in the

5    sum of $127,769.40, plus miscellaneous expenses, interest and costs, no part of

6    which has been paid by Defendants.

7                          **FOURTH CAUSE OF ACTION**

8                              (Breach of Bailment)

9        19.    Plaintiff incorporates by reference Paragraphs 1 through 18, inclusive,

10   of this Complaint as though fully set forth herein.

11       20.    The damage to the Cargo was directly and proximately caused by the

12   acts and omissions of Defendants, and each of them, in violation of their statutory

13   and common law duties and/or obligations as bailees to safely care for the cargo.

14       21.    As a direct and proximate result of defendant's breach of bailment,

15   Plaintiff has been damaged in the sum of $127,769.40, plus miscellaneous

16   expenses, interest and costs, no part of which has been paid by Defendants.

17                                  **PRAYER**

18           WHEREFORE, Plaintiff prays for judgment against Defendants,

19   jointly and severally, as follows:

20       1.     For general damages in the sum of $127,769.40, plus miscellaneous

21   expenses, interest and costs;

22       2.     For pre-judgment interest at the legal rate from July 21, 2019;

23

24

25

26   ///

27   ///

28

3.  For post-judgment interest at the legal rate;

4.  For costs of suit herein; and,

5.  For such other and further relief as this court deems just and proper.

Dated: August 27, 2020          CAMMARANO LAW GROUP


By:   /s/ Dennis A. Cammarano
      Dennis A. Cammarano
      Attorneys for Plaintiff,
      HANWHA GENERAL INSURANCE
      CO. LTD.
      3516complaint.wpd